United States District Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALLA MOSLER, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-02672 |
| § § | |
| LINCOLN BENEFIT LIFE COMPANY, § § | |
| Defendant. § | |

## **ORDER**

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on May 16, 2024. Doc. #16. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendant Lincoln Benefit Life Company's Motion to Dismiss is hereby GRANTED. Doc. #7. Accordingly, Plaintiff Alla Mosler's claims are DISMISSED WITH PREJUDICE.

It is so ORDERED.

JUN 0 3 2024
Date

The Honorable Alfred H. Bennett
United States District Judge